UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:                         CASE NO. 09 B 13729
                              CHAPTER 13

LILIA RUIZ

                              JUDGE JACQUELINE P COX

       DEBTOR                  **NOTICE OF FINAL CURE PAYMENT**

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, TOM VAUGHN files this Notice of Final Cure Payment. The amount required to cure the default in the claim listed below has been paid in full.

**Name of Creditor:** AMERICAN GENERAL FINANCE

**Final Cure Amount**

| Court Claim # | Claim ID | Account Number | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|---|
| 7 | 33 | 45223607 | $2,400.00 | $2,400.00 | $2,400.00 |
| Total Amount Paid by Trustee | | | | | $2,400.00 |

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

___ Through the Chapter 13 Conduit        **X** Direct by the Debtor

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the Debtor, Debtor's Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the Debtor has paid in full the amount required to cure the default on the claim; and 2) whether the Debtor is otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

CASE NO. 09-13729-JPC

# CERTIFICATE OF SERVICE

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail at 55 E. MONROE STREET, SUITE 3850, CHICAGO, IL  60603 or by the methods indicated on this 8th day of September, 2014.

Debtor:
LILIA RUIZ
3017 S LAWNDALE
CHICAGO, IL  60623

Attorney:
BIZAR & DOYLE LLC
123 W MADISON ST # 205
CHICAGO, IL  60602
via Clerk's ECF noticing procedures

Mortgage Creditor:
US BANK NA
% RUSHMORE LOAN MGMT SVC LLC
PO BOX 52708
IRVINE, CA  92619-2708

Mortgage Creditor:
AMERICAN GENERAL FINANCE
PO BOX 3637
EVANSVILLE, IN  47735-3637

Mortgage Creditor:
HOMEQ SERVING CORPORATION
% CODILIS & ASSOCIATES #100
15W030 N FRONTAGE RD
BURR RIDGE, IL  60527

Mortgage Creditor:
SUTTON FUNDING
% ROSICKI ROSICKI ASSOC
51 E BETHPAGE RD
PLAINVIEW, NY  11803

Mortgage Creditor:
RUSHMORE LOAN MGMT SVCS
15480 LAGUNA CANYON RD # 100
IRVINE, CA  92618

ELECTRONIC SERVICE - United States Trustee

Date:  September 08, 2014

/s/ TOM VAUGHN
TOM VAUGHN
CHAPTER 13 TRUSTEE
55 E. MONROE STREET, SUITE 3850
CHICAGO, IL  60603